CRAWLEY, Judge,
concurring specially.
I agree that this appeal must be dismissed on the authority of Palughi v. Dow, 659 So.2d 112 (Ala.1995). But see United States v. Wallace & Tiernan Co., 336 U.S. 793, 794 n. 1, 69 S.Ct. 824, 825 n. 1, 93 L.Ed. 1042 n. 1 (1949) (stating that a dismissal without prejudice is a final judgment and will support an appeal); Jackson v. Okaloosa County, 21 F.3d 1531, 1536 n. 4 (11th Cir.1994) (same); and Robinson v. Federal Nat’l Mortgage Ass’n, 673 F.2d 1247, 1249 (11th Cir.1982) (same).